**Xavier WILSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 53775.**

Missouri Court of Appeals,
Western District.

Sept. 2, 1997.

**336**

Rebecca L. Kurz, Asst. Appellate Defender, Kansas City, for Appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for Respondent.

Before EDWIN H. SMITH, P.J., and BERREY and ELLIS, JJ.

## ORDER

PER CURIAM.

Xavier Wilson appeals the denial of his Rule 24.035 motion without an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).